# EXHIBIT 1



*In Nomine Patris et Filii et Spiritus Sancti*
*Pro Omnibus Maximas Gratias Ago*


12 January 2009


To whom it may concern:

   Please find enclosed herewith a *Summons and Complaint, Notice of Case Management Conference, The Notice to Defendants*, along with package containing a **blank** *Case Management Conference Statement, Issue Conference Statement, and Stipulation to Attend ADR and Delay First Case Manage Conference Statement 90 days*. Also, information related to the *Alternative Dispute Resolution Program* is enclosed therewith.

   Please be advised that the parties named on the *Complaint* filed such after all other remedies were exhausted, including but not limited to, attempts to remove our e-mail addresses from your data base(s), reporting of the transmission of earlier communications as SPAM to either yourself and/or your organization, and after failed attempts at responding to the original e-mail. Dealing with SPAM mail has become an exasperating process and after all reasonable attempts were made, the enclosed suit was filed against you and/or your organization.

   HOWEVER, please be advised that we are entirely amenable to settling this case without the need for escalating costs for either side. Therefore, please feel free to contact us directly and we will present you with our "offer" for your consideration that may eliminate the need to escalate this matter further.

   We thank you in advance for your time and consideration.

                         Respectfully,

                         *Antonio Di Giovanni*
                         *Curing Cancer With SPAM (wplaca.com)*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JOHN V. ERICKSON, III, IN PRO PER and ANTONIO DI GIOVANNI, IN PRO PER Post Office Box 5084 Walnut Creek, California 94596 TELEPHONE NO.: (925) 360-3458     FAX NO.: ATTORNEY FOR *(Name):* IN PRO PER | F I L E D JAN 08 2009 K. TORRE CLERK OF THE COURT SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF CONTRA COSTA - MARTINEZ By _____ L. Mitra _____ , Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: Post Office Box 911
CITY AND ZIP CODE: Martinez, California 94553
BRANCH NAME: SUPERIOR COURT

CASE NAME:
ERICKSON and DI GIOVANNI vs JUSTFREEPORN.COM et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☑ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | L 09 - 00007 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☑ Professional negligence (25)
☑ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* FOUR
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 8, 2009
J.V. ERICKSON III and A. DI GIOVANNI
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|
| | | American LegalNet, Inc. www.FormsWorkflow.com |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.**  If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.**  A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.**  In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
"ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED"

**FILED**

JAN 08 2009

K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
By _____, Deputy Clerk
L. Mitra

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JOHN V. ERICKSON, III, and
ANTONIO DI GIOVANNI

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA, 725 Court Street, Post Office Box 911, Martinez, California, 94553

CASE NUMBER:
*(Número del Caso):*
C09 - 00007

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN V. ERICKSON, III, and ANTONIO DI GIOVANNI, Post Office Box 5084, Walnut Creek, California 94596

DATE:          JAN 08 2009                    Clerk, by  L. Mitra         , Deputy
*(Fecha)*                                      *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☑ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

SUM-200(A)

| SHORT TITLE:<br>_ ERICKSON III, & DI GIOVANNI vs. JUSTFREEPORN.COM et al | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

WYNN_STEFANIE@YAHOO.COM aka SEDOPARKING.COM aka JUSTFREEPORN.COM aka
INTERNETHOMESSEXNETWORK aka POONTANG.CO aka EXPLICITXXXPORN.COM aka
XXXBANGMOVIES.COM aka PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka
CHERRYBUSTED.COM aka DIRTYFREEFLICKS.COM aka ALLPETITEANGELS.COM aka
SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN X
ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK BOOTY aka
PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka
OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka
INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka
HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY
CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL HOOTERS
aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka FUCK HER ASS
DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka CUMCRAVINGCHICKS aka
STICKYANDMESSY aka BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka
PORNVIDEOVAULT.COM aka VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR
INTERNET SERVICES aka GATTSTER MEDIA VENTURES, LTD. and DOES 1-100

Page __1__ of __1__

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

American LegalNet, Inc.
www.FormsWorkflow.com

1   ANTONIO DI GIOVANNI, IN PRO PER
    JOHN V. ERICKSON, III, IN PRO PER
2   *Curing Cancer with Spam*
    Post Office Box 5084
3   Walnut Creek, California 94596
    (925) 360-3458 / Office
4   antoniodi@wplaca.com / E- mail

5   ANTONIO DI GIOVANNI, IN PRO PER
    JOHN V. ERICKSON, III, IN PRO PER
6

F I L E D

JAN 08 2009

K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
By _____ , Deputy Clerk
L. Mitra

L09-00007

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF CONTRA COSTA

10                                          PER LOCAL RULE 5 THIS
                                            CASE IS ASSIGNED TO
11                                          DEPT _____ 29

12                                          SUMMONS ISSUED

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANTONIO DI GIOVANNI and**
**JOHN V. ERICKSON, III,**

Plaintiff(s)

VS

WYNN_STEFANIE@YAHOO.COM aka
SEDOPARKING.COM aka
JUSTFREEPORN.COM aka
INTERNETHOMESSEXNETWORK aka
POONTANG.CO aka
EXPLICITXXXPORN.COM aka
XXXBANGMOVIES.COM aka
PORNSTARNASTY.COM aka
CENTERFOLDPINK.COM aka
CHERRYBUSTED.COM aka
DIRTYFREEFLICKS.COM aka
ALLPETITEANGELS.COM aka
SWEETLESBIANACTION.COM aka
HOTBISEXUALSLUTS.COM aka ASIAN
SEX aka ASIAN X ARCHIVES aka ASIAN
TEEN PASSION aka CHAT WITH
ASIANWOMEN aka BLACK BOOTY aka
PURE BLACK HONEY aka EBONY HOS
aka CHAT WITH BLACK WOMEN aka
OLDERPLEASURES.COM aka
PRIMETRANNY.COM aka MARRIED
MILFS aka
INTERRACIALXXXMOVIES2.PORNVIDE
OVAULT.COM aka BLACK COCK
MONSTER aka HOTLATINAVIDS aka
LATINAMOVIEFIESTA.PORNVIDEOVAU
LT.COM aka TRASHY CARTOONS aka
HENTAI BANGERS aka ANIME
POONTANG aka BIG AND NATURAL
HOOTERS aka BOOBIE LUST aka GANG
BANG THRILLS aka HOT BISEXUAL
SLUTS aka FUCK HER ASS DEEP aka
ASSFUCKFLICKS.PORNVIDEOVAULT.C
OM aka CUMCRAVINGCHICKS aka
STICKYANDMESSY aka
BLOWJOBUNIVERSITY2.PORNVIDEOV
AULT.COM aka
PORNVIDEOVAULT.COM aka VOLUME
POWER aka RNC COMMUNICATIONS
LLC aka JR INTERNET SERVICES aka
GATTSTER MEDIA VENTURES, LTD.
and DOES 1 - 100

Defendant(s)

CASE #:  L09-00007

**VERIFIED COMPLAINT FOR**
**DAMAGES, INJUNCTIVE RELIEF,**
**AND DECLARATORY RELIEF**

**1. VIOLATION OF CALIFORNIA**
**RESTRICTIONS ON UNSOLICITED**
**COMMERCIAL E-MAIL**
**ADVERTISERS (Cal. Bus. & Prof. Code §**
**17529.5**

**2. VIOLATIONS OF CONSUMERS**
**LEGAL REMEDIES ACT (Cal. Civ. Code**
**§ 1750 *et seq.*)**

**3. DECLARATORY RELIEF**

COMES NOW PLAINTIFF(s), Antonio Di Giovanni and John V. Erickson, III
("PLAINTIFF(s)") and files this Verified Complaint for causes of action against DEFENDANT(s)

- 2 -

WYNN_STEFANIE@YAHOO.COM aka SEDOPARKING.COM aka JUSTFREEPORN.COM aka INTERNETHOMESSEXNETWORK aka POONTANG.CO aka EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka DIRTYFREEFLICKS.COM aka ALLPETITEANGELS.COM aka SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN X ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK BOOTY aka PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka CUMCRAVINGCHICKS aka STICKYANDMESSY aka BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka GATTSTER MEDIA VENTURES, LTD. and DOES 1-100, inclusive, and alleges as follows.

## I. SUMMARY OF THE COMPLAINT

1.     PLAINTIFF(s) bring this action against DEFENDANT(s) for sending and advertising Unsolicited Commercial Email ("UCE" or "SPAM") messages sent to the PLAINTIFF(s) as evidenced by the true and correct copy attached hereto as EXHIBIT A.

2.     The headers of the SPAM(s) contain or are accompanied by numerous elements of falsified, misrepresented, or forged header information, in violation of **California Business and Professions Code § 17529.5**.  The SPAM(s) also contain various types of deceptive information prohibited by **California Civil Code § 1750** *et seq.* (the Consumers Legal Remedies Act).

3.     This Court should award damages of not more than $25,000.00, and not consider any reduction, because DEFENDANT(s) failed to implement reasonably effective systems designed to prevent the sending of unlawful SPAM in violation of the statute.  PLAINTIFF(s) is/are informed

and believe(s) and thereon allege(s) that DEFENDANT(s)' actions were knowing, wilful, and blatant, and *not* "clerical" mistakes.

      4.     This Court should grant injunctive relief to prohibit DEFENDANT(s) from engaging in deceptive marketing practices, as authorized by **Civil Code § 1780(a)(s)**, because no DEFENDANT(s) has identified all consumers similarly situated to PLAINTIFF(s) and notified them that they would no longer be engaging in deceptive marketing practices.

## II. PARTIES

### A1. <u>Plaintiff Antonio Di Giovanni</u>

      5.     PLAINTIFF Antonio Di Giovanni ("DI GIOVANNI") is now, and at all times relevant herein has been, an individual residing in the State of California, in the City and County of Contra Costa.

      6.     DI GIOVANNI is a consumer because DI GIOVANNI seeks and acquires, by purchase and/or lease, goods and services for personal, family, or household purposes.

      7.     DI GIOVANNI owns and at all relevant times herein owned a computer with an Internet connection. DI GIOVANNI ordinarily uses this computer to access his e-mail accounts. This computer is located in the State of California, in the City and County of Contra Costa. DI GIOVANNI received all of the SPAM(s) over his Internet Service Provider's and e-mail service provider's equipment, located in the State of California.

      8.     DI GIOVANNI also provides through various methods and means, Internet Service to a variety of individuals such as, but not solely limited to, staff, family, friends, and catastrophically ill children and adults. These computers are located in the State of California, in the City and County of Contra Costa.

### A2. <u>Plaintiff John V. Erickson, III</u>

      9.     PLAINTIFF John V. Erickson, III ("ERICKSON") is now, and at all times relevant herein has been, an individual residing in the State of California, in the City and County of Contra Costa.

      10.     ERICKSON is a consumer because ERICKSON seeks and acquires, by purchase

-4-

1    and/or lease, goods and services for personal, family, or household purposes.

2        11.    ERICKSON owns and at all relevant times herein owned a computer with an Internet

3    connection. ERICKSON ordinarily uses this computer to access his e-mail accounts. This computer

4    is located in the State of California, in the City and County of Contra Costa. ERICKSON received

5    all of the SPAM(s) over his Internet Service Provider's and e-mail service provider's equipment,

6    located in the State of California.

7    **B.**    **DEFENDANTS**

8        12.    PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that

9    DEFENDANT(s) does business as "WYNN_STEFANIE@YAHOO.COM aka

10    SEDOPARKING.COM aka JUSTFREEPORN.COM aka INTERNETHOMESSEXNETWORK aka

11    POONTANG.CO aka EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka

12    PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka

13    DIRTYFREEFLICKS.COM aka ALLPETITEANGELS.COM aka

14    SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN

15    X ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK

16    BOOTY aka PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka

17    OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka

18    INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka

19    HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY

20    CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL

21    HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka

22    FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka

23    CUMCRAVINGCHICKS aka STICKYANDMESSY aka

24    BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka

25    VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka

26    GATTSTER MEDIA VENTURES, LTD. and DOES 1-100."

27        13.    PLAINTIFF(s) is informed and believes and thereon alleges that DEFENDANT(s)

28    took significant steps to hide is true identity when sending the SPAM(s) at issue in this action, as

1  described below.

2      14.   PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that

3  DEFENDANT(s) created the domain name "WYNN_STEFANIE@YAHOO.COM aka

4  SEDOPARKING.COM aka JUSTFREEPORN.COM aka INTERNETHOMESSEXNETWORK aka

5  POONTANG.CO aka EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka

6  PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka

7  DIRTYFREEFLICKS.COM    aka    ALLPETITEANGELS.COM    aka

8  SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN

9  X ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK

10  BOOTY aka PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka

11  OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka

12  INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka

13  HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY

14  CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL

15  HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka

16  FUCK  HER  ASS  DEEP  aka  ASSFUCKFLICKS.PORNVIDEOVAULT.COM  aka

17  CUMCRAVINGCHICKS    aka    STICKYANDMESSY    aka

18  BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka

19  VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka

20  GATTSTER MEDIA VENTURES, LTD. and DOES 1-100" to hide its true identity when sending

21  SPAM(s).

22      15.   PLAINTIFF(S) is/are informed and believe(s) and thereon alleges that when

23  DEFENDANT(s) registered the domain name(s) "WYNN_STEFANIE@YAHOO.COM aka

24  SEDOPARKING.COM aka JUSTFREEPORN.COM aka INTERNETHOMESSEXNETWORK aka

25  POONTANG.CO aka EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka

26  PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka

27  DIRTYFREEFLICKS.COM    aka    ALLPETITEANGELS.COM    aka

28  SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN

- 6 -

1  X ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK

2  BOOTY aka PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka

3  OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka

4  INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka

5  HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY

6  CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL

7  HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka

8  FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka

9  C U M C R A V I N G C H I C K S    a k a    S T I C K Y A N D M E S S Y    a k a

10  BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka

11  VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka

12  GATTSTER MEDIA VENTURES, LTD. and DOES 1-100", it willfully took additional steps to

13  hide it identity so that anyone attempting to query the "WHOIS" database could only see that is was

14  hidden by "WYNN_STEFANIE@YAHOO.COM aka SEDOPARKING.COM aka

15  JUSTFREEPORN.COM aka INTERNETHOMESEXNETWORK aka POONTANG.CO aka

16  EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka PORNSTARNASTY.COM aka

17  CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka DIRTYFREEFLICKS.COM aka

18  ALLPETITEANGELS.COM aka SWEETLESBIANACTION.COM aka

19  HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN X ARCHIVES aka ASIAN TEEN

20  PASSION aka CHAT WITH ASIANWOMEN aka BLACK BOOTY aka PURE BLACK HONEY

21  aka EBONY HOS aka CHAT WITH BLACK WOMEN aka OLDERPLEASURES.COM aka

22  P R I M E T R A N N Y . C O M    a k a    M A R R I E D    M I L F S    a k a

23  INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka

24  HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY

25  CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL

26  HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka

27  FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka

28  C U M C R A V I N G C H I C K S    a k a    S T I C K Y A N D M E S S Y    a k a

- 7 -

1  BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka
2  VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka
3  GATTSTER MEDIA VENTURES, LTD. and DOES 1-100", and would be *unable* to actually
4  identify the true identities of the DEFENDANT(s).

5       16.    PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that this practice
6  is commonly known as "Private Registration" and domain names for which the registrant's true
7  identity has been hidden and are instead referred to as "Privately Registered."

8       17.    PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that
9  DEFENDANT(s) never registered a fictitious business name statement in any state.

10       18.    PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that the
11  DEFENDANT(s) created Sender Names (e.g., "Your Business") that do not accurately identify the
12  DEFENDANT(s) as the sender of the SPAM(s).

13  **C.**    **Other Defendants**

14       19.    PLAINTIFF(s) are unaware of the true names and capacities of DEFENDANT(s)
15  sued herein as DOES 1-100, inclusive, and therefore sues these defendants by such fictitious names.
16  PLAINTIFF(s) will amend this complaint to allege their true names and capacities when ascertained.
17  PLAINTIFF(s) is informed and believes and therefore alleges that each of the fictitiously named
18  DEFENDANT(s) is responsible in some manner for the occurrences herein alleged, and that
19  PLAINTIFF(s) injuries as herein alleged were proximately caused by such DEFENDANT(s). These
20  fictitiously named DEFENDANT(s), along with WYNN_STEFANIE@YAHOO.COM aka
21  SEDOPARKING.COM aka JUSTFREEPORN.COM aka INTERNETHOMESSEXNETWORK aka
22  POONTANG.CO aka EXPLICITXXXPORN.COM aka XXXBANGMOVIES.COM aka
23  PORNSTARNASTY.COM aka CENTERFOLDPINK.COM aka CHERRYBUSTED.COM aka
24  DIRTYFREEFLICKS.COM aka ALLPETITEANGELS.COM aka
25  SWEETLESBIANACTION.COM aka HOTBISEXUALSLUTS.COM aka ASIAN SEX aka ASIAN
26  X ARCHIVES aka ASIAN TEEN PASSION aka CHAT WITH ASIANWOMEN aka BLACK
27  BOOTY aka PURE BLACK HONEY aka EBONY HOS aka CHAT WITH BLACK WOMEN aka
28  OLDERPLEASURES.COM aka PRIMETRANNY.COM aka MARRIED MILFS aka

INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.COM aka BLACK COCK MONSTER aka HOTLATINAVIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka CUMCRAVINGCHICKS aka STICKYANDMESSY aka BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka GATTSTER MEDIA VENTURES, LTD. and DOES 1-100 are herein referred to collectively as "DEFENDANT(s)."

20.    The actions alleged herein to have been undertaken by the DEFENDANT(s) were undertaken by each DEFENDANT individually, were actions that each DEFENDANT caused to occur, were actions that each DEFENDANT authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions each DEFENDANT assisted, participated in, or otherwise encouraged, and are actions for which each DEFENDANT is liable. Each DEFENDANT aided and abetted the actions of the DEFENDANT(s) set forth below, in that each DEFENDANT had knowledge of those actions, provided assistance and benefitted from those actions, in whole or in part. Each of the DEFENDANT(s) was the agent of each of the remaining DEFENDANT(s), and in doing the things hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of other DEFENDANT(s).

21.    PLAINTIFF(s) is/are informed and believes, and upon such information and belief alleges, that each of the DEFENDANT(s) designated herein as a DOE is responsible, negligently, intentionally, or in some other manner for the events and happenings referred to herein and further alleges that said events and happenings proximately caused such injuries and damages to the DEFENDANT(s) as are hereinafter set forth.

22.    PLAINTIFF(s) is/are informed and believes, and upon such information and belief alleges, that at all times mentioned the DEFENDANT(s), and certain DOE DEFENDANTS were and now are corporations, limited liability companies and/or other "business styled entities" duly

organized and existing under and by virtue of the laws of one of the United States and were authorized to do, and did do, business within the State of California.

23.     PLAINTIFF(s) is/are informed and believes, and upon such information and belief alleges, that at all times mentioned herein, DEFENDANT(s), and each of them, were the agents, servants, employees and/or independent contractors of their co-DEFENDANT(s), and were, as such, acting within the course, scope, purpose and authority of said agency and employment; that each and every DEFENDANT(s), as aforesaid, when acting as a principal, was negligent in the selection, hiring and continued employment of each and every other DEFENDANT(s) as an agent, servant, employee and/or independent contractor.

24.     PLAINTIFF(s) is/are informed and believes, and upon such information and belief, alleges, that at all times mentioned herein, DEFENDANT(s), and each of them, were charged with the responsible management of the business affairs and conduct of said corporate DEFENDANT(s) and counseled, approved, supported, participated in, authorized and ratified the acts and/or acts of those persons named herein as individual DEFENDANT(s).

25.     PLAINTIFF(s) is/are informed and believe and upon such information and belief alleged, that at all times mentioned herein DEFENDANT(s), and each of them, were and are using the herein identified corporate DEFENDANT(s), their respective corporate entities and certain DOES, and other corporate entities, solely as a shield to personal liability, that at all times mentioned herein, their acts were ultra-vires and in violation of the corporate entity, that at all times mentioned herein, the corporate DEFENDANT(s) mentioned herein were the mere "alter ego" of the remaining DEFENDANT(s).

### III.  JURISDICTION AND VENUE

#### THE CAN-SPAM ACT OF 2003 ALLOWS ACTIONS TO PROCEED IN STATE COURT BASED UPON A STATE LAW PROHIBITING CERTAIN FALSITY OR DECEPTION IN ELECTRONIC E-MAIL.

26.     While Section 7706 of the Act vests exclusive jurisdiction in Federal courts, Section 7707 of the Act specifically does not preempt any State law to the extent that any such statute prohibits falsity or deception in any portion of a commercial electronic mail message or information

- 10 -

1    attached thereto.  Specifically, 15 U.S.C. Section 7707 provides in relevant part:

2          Section 7707.  Effect on other laws
              ***
3          (b) State Law
            (1) In general
4              This chapter supersedes any statute, regulation, or rule of a State or political
        subdivision of a State that expressly regulates the use of electronic mail to send commercial
5        messages, except to the extent that any such statute, regulation, or rule prohibits falsity or
        deception in any portion of a commerical electronic mail message or information attached
6        thereto.
            (2) State law not specific to electronic mail
7              This chapter shall not be construed to preempt the applicability of — (A) State laws
        that are not specific to electronic mail, including State trespass, contract, or tort law;
8          (emphasis added)

9          27.      Accordingly, the subject Act allows cases to proceed in State court if based upon a

10   State law that prohibits falsity or deception in any portion of a commercial or electronic mail

11   message or information attached thereto.

12

13          **IV.  CALIFORNIA HAS A STATE LAW PROHIBITING
              FALSITY OR DECEPTION IN ELECTRONIC E-MAIL**

14          28.      California is a State that has such a statute.  California Business and Professions Code

15   Section 17529.5 provides, in relevant part:

16          (a) It is unlawful for any person or entity to advertise in a commercial e-mail
        advertisement either sent from California or sent to a California electronic mail
17        address under any of the following circumstances:
              ***
18          (2) The e-mail advertisement contains or is accompanied by falsified, misrepresented, or
        forged header information. ... .
19          (3) The e-mail advertisement has a subject line that a person knows would be likely to
        mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the
20        contents or subject matter of the message.

21          29.      Accordingly, California is a State that prohibits falsity or deception in any portion of

22   a commercial electronic mail message or information attached thereto, and California's above

23   provisions are not preempted by the Act.

24

25          **V.  CALIFORNIA'S LAWS ALLOWS SUITS TO
              BE BROUGHT BY INDIVIDUAL RECIPIENTS**

26          30.      While Section 7706 may prohibit individual recipients of SPAM to sue (in Federal

27   court) under the Federal CAN-SPAM Act, California's anti-spam law authorizes such individuals

28   to bring

                                            - 11 -

suit under California's law.  <u>California Business and Professions Code</u> Section 17529.5 further

provides, in relevant part:

> (b) (1) (A) In addition to any other remedies provided by any other provision of law, the following may bring an action against a person or entity that violates any provision of this section:
> ***
> (iii) <u>A recipient of an unsolicited commercial e-mail advertisement</u>, as defined in Section 17529.1.  (emphasis added)

31.   To be clear, <u>California Business and Professions Code</u> Section 17529.1 defines a

recipient, as follows:

> (m) <u>"Recipient" means the addressee of an unsolicited commercial electronic e-mail advertisement.</u> If an addressee of an unsolicited commercial e-mail advertisement has one or more e-mail addresses to which an unsolicited commercial e-mail advertisement is sent, the address shall be deemed to be a separate recipient for each e-mail address to which the e-mail advertisement is sent.  (emphasis added)

## VI.  <u>THE NATURE OF UNSOLICITED E-MAIL OR "SPAM"</u>

32.   Unsolicited commercial email is often referred to as "spam."  The transmission of spam, a practice referred to as "spamming," by persons known as "spammers," is widely condemned in the Internet community, and is of significant concern and economic determent to the PLAINTIFF(s) and its customers.

33.   Pursuant to **California Business and Professions Code §17529**, "Roughly forty percent of all email in the United States is comprised of unsolicited commercial email advertisements (hereafter spam) and industry experts predict by the end of 2003 half of all email traffic will be comprised of spam."  Further, "The increase in spam is not only an annoyance but is also an increasing drain on corporate budgets and possible a threat to the continued usefulness of the most successful tool of the computer age."

34.   "Complaints from irate business and home-computer users regarding spam have skyrocketed, and polls have reported that 74 percent of respondents favor making mass spamming illegal .... 80 percent of respondents consider spamming very annoying."

35.   "According to Ferris research inc., a San Francisco consulting group, spam will cost United States organizations more than ten billion dollars ($10,000,000,000) this year, including lost

- 12 -

productivity and the additional equipment, software, and manpower needed to combat the problem. California is 12 percent of the United States population with an emphasis on technology business, and it is therefore estimated that spam costs California Organizations well over 1.2 billion dollars ($1,200,000,000)."

36.    "Like junk faxes, spam imposes a cost on users, using up valuable storage space in email in-boxes, as well as costly computer band width, and on networks and the computer servers that power them, and discourages people from using email."

37.    "Spam filters have not proven effective."

38.    "Like traditional paper 'junk' mail, spam can be annoying and waste time, but it also causes many additional problems because it is easy and inexpensive to create, **but difficult and costly to eliminate**." *(emph. added)*

39.    "Many spammers have become so adept at masking their tracks that they are rarely found, and are so technologically sophisticated that they can adjust their systems to counter special filters and other barriers against spam and can even electronically commandeer unprotected computers, turning them into spam-launching weapons of mass production."

40.    "The true beneficiaries of spam are the advertisers who benefit from the marketing derived from the advertisements."

41.    **"In addition, spam is responsible for virus proliferation that can cause tremendous damage both to individual computers and business systems."** *(emph. added)*

42.    Spamming also has significant impact on the recipients of spam. Individuals who receive spam must take the time and effort to sort through larger volumes of received e-mail, must attempt to distinguish spam from legitimate e-mail, and ultimately discard this unsolicited material.

43.    The PLAINTIFF(s) are actively engaged in advocating for the rights of catastrophically and terminally ill children to healthcare and lifesaving medical procedures. Electronic mail has become an extremely effective tool for the PLAINTIFF(s) and for the doctors, specialists, health-care workers and all the rest in the medical community, in the battle for these children's lives. All that threatens its effectiveness is that of unsolicited commercial electronic mail such as that the DEFENDANT(s) transmitted. And for what purpose did they transmit the

1  unsolicited electronic mail?  To make money for themselves at the costs of others and possibly even

2  the lives of the same.

3     44.    The PLAINTIFF(s) have invested substantial time and money in efforts to

4  disassociate themselves from spam and the spammers who promote and profit from spam, as well

5  as in seeking to protect its clients and customers from receiving spam.

6     45.    The PLAINTIFF(s) have clearly articulated policy prohibiting the use of its services

7  and e-mail addresses for junk e-mail, spamming, or any unsolicited messages (commercial or

8  otherwise).  The PLAINTIFF(s)' policies also prohibit automated queries of any sort, harvesting or

9  collection for e-mail addresses, and any use of the services that is not personal and non-commercial.

10  These policies are included on the PLAINTIFF(s)' website at www.wplaca.com, as well as in the

11  transmission of each and every e-mail transmitted by the PLAINTIFF(s) and its clients and/or

12  customers.

## VII.  DEFENDANTS' UNLAWFUL CONDUCT

### A.    Plaintiff(s) E-mail Usage

15     46.    PLAINTIFF(s) e-mail address(es) at which PLAINTIFF(s) received the SPAM(s) at

16  issue in this action are "California email address(es)."

17     "California e-mail address" means 1) An e-mail address furnished by an electronic
    mail service provider that sends bills for furnishing and maintaining that e-mail

18     address to a mailing address in this state; 2) An e-mail address ordinarily accessed
    from a computer located in this state; 3) An e-mail address furnished to a resident of

19     this state."  **California Business and Professions Code § 17529.1 (b)**

20     47.    All three conditions apply: The e-mail address(es) at which the PLAINTIFF(s)

21  received the commercial e-mail is furnished by, but not solely limited to, "Yahoo! Inc.  The

22  PLAINTIFF(s) ordinarily accesses those e-mail address(es) from a computer located in California;

23  and PLAINTIFF(s) is/are a resident of California.

24     48.    .PLAINTIFF(s)' e-mail address(es) play no part in determining whether or not the e-

25  mails have falsified, mis-representative, forged, or otherwise deceptive information contained in or

26  accompanying the e-mail headers or bodies.

27     49.    PLAINTIFF(s)' e-mail address(es) are confidential for numerous reasons, including

28  but not limited to, avoiding the risk of retaliation by "mail bombing" (sending massive amounts of

e-mail to PLAINTIFF(s)' e-mail addresses), "joe jobbing" (sending unlawful e-mail as if it were coming from PLAINTIFF(s)' e-mail addresses as a means of harassment), or sharing of PLAINTIFF(s)' e-mail addresses with other unknown parties who might in turn send SPAM or mail bombs to PLAINTIFF(s) or as if from PLAINTIFF(s).

50.    PLAINTIFF(s) use filters to attempt to block SPAM.  These filters identify SPAM by the sender's domain name in the e-mail headers, among other criteria.

**B.    Defendants' Computer and E-mail Usage**

51.    The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that the DEFENDANT(s) intended to deceive recipients of ITS SPAM messages through the extensive use of falsified, misrepresented, and/or forged information contained in or accompanying the e-mail headers, as described herein.  The PLAINTIFF(s) is/are informed and believe and thereon alleges that the DEFENDANT(s) went to great lengths to falsify the information contained in and accompanying e-mail headers in order to deceive recipients and spam filters, and to mask their identities.

52.    The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that for every spam PLAINTIFF(s) received from the DEFENDANT(s), thousands or even millions of other California residents received the same SPAMs.

53.    The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that DEFENDANT(s) actually profited and continue to profit and were unjustly enriched by their wrongful conduct.

54.    Punitive damages are appropriate to deter malicious, oppressive, and/or fraudulent conduct by the DEFENDANT(s) and to possibly deter others from engaging in similar conduct.

55.    The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that DEFENDANT(s) will continue to advertise in this wrongful and unlawful fashion unless otherwise enjoined by this Court.  This Court has jurisdiction to issue a permanent injunction because restrain is necessary to prevent a multiplicity of judicial proceedings.

**C.    PLAINTIFF(s) Never Gave The DEFENDANT(s) Or Any Other Advertiser Direct Consent to Send PLAINTIFF(s) Commercial E-mail**

- 15 -

56.    The *commercial e-mail advertisements* at issue in this action are all *unsolicited* because the PLAINTIFF(s) did not provide *direct consent* to receive advertisements to the DEFENDANT(s) or to any *advertiser*, nor did the PLAINTIFF(s) *preexisting or current business relationship* with the DEFENDANT(s) or any *advertiser*. **California Business and Professions Code § 17529.1(c), (o) (d), (a), (1).**

57.    Further, the PLAINTIFF(s) "Terms of Use" which is exhibited on the primary web site as well as in each and every e-mail, as well as responsive e-mail specifically states:

"All persons, businesses and other entities that send any email to any email address owned by the owner(s) of this site, and which include but is not solely limited to antoniodi@wplaca.com, or "wplaca.com," voluntarily enters into a contract with the owner(s) of said email address(es) and agrees to be bound by the terms of the contract and "NO SPAM POLICY" as described herein.

"1. You expressly agree that neither the owner(s) of the aforementioned site and email address(es) relating and/or associated therewith has ever requested or solicited any communication from you, and that any commercial email you send that includes "wplaca.com" or the address(es) set forth in the aforementioned paragraph(s) in the "To," "Cc" or "Bcc" fields that fits these criteria is against the express wishes and desires of the recipient(s).

"2. Further, you also expressly agree that any email you send which advertises or promotes any product, service or Internet destination shall be subject to general, special and any other related damages of $15,000.00. The fee may be paid in advance to Antonio Di at Post Office Box 5084, Walnut Creek, California, 94596.

"3. Further, you also expressly agree that concealing your identity increases the amount of general, special and any other related damages associated therewith by $5,000.00 to compensate the owner(s) for the effort to track down the sender.

"4. Further, you also expressly agree that you may not sell, barter, or give away to any other party any email address containing the domain name "wplaca.com" or any of those address(es) as set forth in the aforementioned paragraph(s). Violation of this clause subjects you to liquidated damages of $5,000.00 or ten (10) times the amount of money you made selling the address(es), whichever is greater.

"5. In the event that any suit or action is instituted to enforce any provision of this contract, the owner(s) of this site and/or the email address(es) set forth in the aforementioned paragraph(s) shall be entitled to all costs and expenses of maintaining such suit or action, including but not solely limited to reasonable attorneys' fees and expenses.

"6. This contract shall inure to the benefit of and be binding upon the parties hereto and their respective heirs, successors, assigns, administrators, executors, and other legal representatives.

"7. Any action in respect of or concerning this contract shall be litigated solely in California State Cords. Venue is proper where the SPAM is received or, if the sender has not registered to do business with the **California Secretary of State**, venue is proper in any county in California. This contract shall be governed by, construed and enforced in accordance with the laws of the State of California.

"8. Sending email to, or copy to, or blind copying to any email address containing "wplaca.com," or the address(es) set forth in the aforementioned constitutes acceptance of these terms."

**D.   Unlawful Content Contained In or Accompanying E-mail Headers**

58.   The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that an e-mail "header" includes the Sender Name, Sender E-mail Address (including domain name) and any other information purporting to identify the person initiating the message, Subject Line, Recipient Name and Recipient E-mail Address, sending Internet Protocol address, and Date/Time stamp, as well as other routing information.

59.   The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that DEFENDANT(s)' SPAMs include multiple elements of falsified, misrepresented, and forged information contained in or accompanying the e-mail headers:

- Misleading Subject Lines
- Misrepresented Sender Names
- Multiple sending domain names
- Misrepresented registration for sending names

60.   A commercial e-mail advertisement is unlawful if it "contains or is accompanied by falsified, misrepresented, or forged header information." **California Business and Professions Code § 17529.5(a)(2).**

61.   The PLAINTIFF(s) is/are informed and believe(s) and thereon alleges that the falsified, misrepresented, and forged content in the SPAMs at issue in this action constitutes *material* falsity and deception, and represents *wilful* and *deliberate* acts, *not* mere "clerical" mistakes.

*1.   Misleading Subject Lines*

62.   California law prohibits e-mail Subject Lines that are likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message. **California Business and Professions Code § 17529.5(s)(3).**

**2.   *Misrepresented Sender Names***

63.   Internet Protocol RCF 1312 requires that the "Sender Name" field identify the sender of the e-mail. Russell Nelson and Geoff Arnold, FC 1312 - Message Send Protocolo 2, *available*

- 17 -