1  Sarah Wright, Esq (State Bar No. 161112)
   THE WRIGHT LAW FIRM
2  4340 Redwood Highway, Suite F229
   San Rafael, CA 94903
3  Telephone: 415-472-5900
   Facsimile: 415-472-5905
4  e-mail: wright_law@sbcglobal.net

5  Attorney for Defendants

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN V. ERICKSON, III, and ANTONIO DI          ) Civil Action
   | GIOVANNI,                                      ) No. C09-00692PJH
12 |                                                )
   |        Plaintiffs,                             )
13 |                                                ) DEFENDANTS'
   |     vs.                                        ) RNC Communications
14 |                                                ) Volume Power
   | WYNN_STEFANIE@YAHOO.COM aka                    ) justfreeporn.com
15 | SEDOPARKING.COM aka JUSTFREEPORN.COM aka       ) poontang.com
   | INTERNETHOMESSEXNETWORK aka                    ) explicitxxxporn.com
16 | POONTANG.CO aka EXPLICITXXXPORN.COM aka        ) xxxbangmovies.com
   | XXXBANGMOVIES.COM aka                          ) pornstarnasty.com
17 | PORNSTARNASTY.COM aka                          ) centerfoldpink.com
   | CENTERFOLDPINK.COM aka                         ) cherrybusted.com
18 | CHERRYBUSTED.COM aka                           ) dirtyteenflicks.com
   | DIRTYFREEFLICKS.COM aka                        ) allpetiteangels.com
19 | ALLPETITEANGELS.COM aka                        ) sweetlesbianaction.com
   | SWEETLESBIANACTION.COM aka                     ) hotbisexualsluts.com
20 | HOTBISEXUALSLUTS.COM aka ASIAN SEX aka         ) olderpleasures.com
   | ASIAN X ARCHIEVES aka ASIAN TEEN PASSION       ) primetranny.com
21 | aka CHAT WITH ASIANWOMEN aka BLAK BOOTY        ) internethomesexnetwork
   | aka PURE BLACK HONEY aka EBONY HOS aka         ) asian teen passion
22 | CHAT WITH BLACK WOMEN aka                      ) pure black honey
   | OLDERPLEASURES.COM aka PRIMETRANNY.COM         ) married milfs
23 | aka MARRIED MILFS aka                          ) hot latina vids
   | INTERRACIALXXXMOVIES2.PORNVIDEOVAULT.          ) hentai bangers
24 | COM aka BLACK COCK MONSTER aka                 ) anime poontang
   |                                                ) boobie lust
25 |                                                ) gang bang thrills

| | |
|---|---|
| HOTLATINA VIDS aka LATINAMOVIEFIESTA.PORNVIDEOVAULT.COM aka TRASHY CARTOONS aka HENTAI BANGERS aka ANIME POONTANG aka BIG AND NATURAL HOOTERS aka BOOBIE LUST aka GANG BANG THRILLS aka HOT BISEXUAL SLUTS aka FUCK HER ASS DEEP aka ASSFUCKFLICKS.PORNVIDEOVAULT.COM aka CUMCRAVING CHICKS aka STICKYANDMESSY aka BLOWJOBUNIVERSITY2.PORNVIDEOVAULT.COM aka PORNVIDEOVAULT.COM aka VOLUME POWER aka RNC COMMUNICATIONS LLC aka JR INTERNET SERVICES aka GATTSTER MEDIA VENTURES, LTD. and DOES 1-100,<br><br>  Defendants | hot bisexual sluts<br>fuck her ass deep<br>cumcravingchicks<br>stickyandmessy<br><br>STIPULATION OF DISMISSAL<br>[Fed R Civ Proc. 41(a)(1)] |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiffs John V. Erickson III, and Antonio Di Giovanni, and all Defendants who have appeared in this action, as follows:

1. This action was commenced in Contra Costa Superior Court on January 8, 2009, where it was assigned Civil Case Number L09-00007.

2. Defendants filed a Notice of Removal on February 17, 2009.

3. Plaintiffs filed a Request for Dismissal of their action in the Contra Costa Superior Court on February 18, 2009.

4. This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal

5. This action is hereby dismissed, in its entirety, without prejudice.

Dated: 2/23/09    By: *[signature]*
JOHN V. ERICKSON, III
Plaintiff, Appearing *Pro Se*

Dated: 2/23/09    By: *[signature]*
ANTONIO DIGIOVANNI,
Plaintiff, Appearing *Pro Se*

THE WRIGHT LAW FIRM

Dated: 2/25/09    By: *[signature]*
SARAH S. WRIGHT
Attorney for Defendants

3/3/09

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*